

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00577-CR

BELANDA FAYE PRUITT, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the County Court at Law No. 1 and Probate Court of Brazoria County
(Tr. Ct. No. 209428)

After due consideration, the Court **grants** the motion to dismiss this appeal filed by the appellant, Belanda Faye Pruitt. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**. It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered September 29, 2015.

Judgment rendered by panel consisting of Justices Keyes, Massengale, and Lloyd.